IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUANETTE ROBERTS                                                               PLAINTIFF

v.                              No. 5:13-cv-305-DPM

STUTTGART VISION CLINIC; GEORGE M.
DUNN, JR., ODPA; and CHERYL CONNALLY                                DEFENDANTS

ORDER

The Final Scheduling Order, № 21, is suspended and the 11 May 2015 trial is canceled. The Court has several older criminal cases set for that date that must take priority. An Amended Final Scheduling Order will issue, if necessary, after the Court rules on the pending motions.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 March 2015