IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUANETTE ROBERTS                                                                    PLAINTIFF

v.                                    No. 5:13-cv-305-DPM

CRESTPARK STUTTGART, LLC; STUTTGART
VISION CLINIC; GEORGE M. DUNN, JR., ODPA;
CHERYL CONNALLY; and MISTY COX                                          DEFENDANTS

JUDGMENT

All Roberts's claims against Crestpark Stuttgart, LLC, Stuttgart Vision Clinic, Dr. George M. Dunn, Jr., Cheryl Connally, and Misty Cox are dismissed with prejudice.

*(signature)*
D.P. Marshall Jr.
United States District Judge

30 April 2015