# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JUANETTE ROBERTS**                                                      **PLAINTIFF**

v.                              No. 5:13-cv-305-DPM

**CRESTPARK STUTTGART, LLC; STUTTGART**
**VISION CLINIC; GEORGE M. DUNN, JR., ODPA;**
**CHERYL CONNALLY; and MISTY COX**                     **DEFENDANTS**

## ORDER

Roberts's motion for reconsideration, № 61, is denied. Her points about retaliation and constructive discharge are re-argument; the Court has already addressed them. On discrimination, the Court doesn't see a hearsay problem. What Roberts said S.C. said would be hearsay, FED. R. EVID. 801(c), which cannot be considered. The Court noted and considered Oliver's affidavit. № 59 at 6. The Court relied on Cox's conclusion after her investigation of S.C.'s conduct, not on the resident's exact words. The Court stands by its decision that S.C. is not a valid comparator and that there is no jury issue on pretext.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 June 2015